FILED
SEP 7 2006
U.S. COURT OF
FEDERAL CLAIMS

Jacob J. Miles, Esq.
Joseph J. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff
Forest City Services, LLC

IN THE UNITED STATES COURT

OF FEDERAL CLAIMS

| | |
|---|---|
| FORECITY SERVICES, LLC<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case Number 06-626 T |

PLAINTIFF FOREST CITY SERVICES, LLC

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Forest City Services, LLC ("Plaintiff"), hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: September 5, 2006

KELLEY DRYE & WARREN LLP

By: Paul L. Kattas

Jacob J. Miles, Esq.
Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Attorneys for Plaintiff
Forest City Services, LLC