No. 06-626 T
Senior Judge Robert H. Hodges, Jr.

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FOREST CITY SERVICES, LLC
Plaintiff,

v.

UNITED STATES OF AMERICA
Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to RCFC 41(a)(1)(i), the above-captioned action is dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation. The Defendant has not served an answer to the complaint or a motion for summary judgment.

Dated: November 15, 2006

KELLEY DRYE & WARREN LLP

*/s/ Paul L. Kattas*
Paul L. Kattas, Esq.
Attorney of Record
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, New Jersey 07054